**U.S. Equal Employment Opportunity Commission**
Newark Area Office
Two Gateway Center, Suite 1703
283-299 Market Street
Newark, New Jersey 07102
Edumin Corrales, Trial Attorney
(862) 338 – 9424

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PEARSON EDUCATION, INC., <br><br> Defendant. | Civ. Action No. 2:25-cv-12214-CCC-JBC |

### EEOC'S MOTION TO LIFT STAY AND EXTEND DEADLINE TO FILE ANSWER

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to lift the current stay in this litigation which had been ordered by the Court on October 2, 2025, due to the lapse in federal government appropriations.  In support of this, the EEOC states:

1.      On October 2, 2025, the Court issued an Order (ECF No. 10) staying this action and extending all pending deadlines for the same number of days as the lapse in the EEOC's funding.

2.      Federal government appropriations were restored on November 12, 2025, after a 43-day lapse.

3.      Pursuant to the October 2, 2025 Order, EEOC files this motion to lift the stay.

4.      Additionally, the Parties request that the deadline for Defendant Pearson Education ("Pearson Education") to file an answer or otherwise respond to the EEOC's Complaint be extended until January 15, 2026.  Prior to the lapse in appropriations, pursuant to the Court's Order dated August 18, 2025 (ECF No. 7), the deadline for Defendant to answer, move, or otherwise

1

respond to the EEOC's Complaint had been October 27, 2025.  Accounting for the forty-three (43) days the federal government was shutdown, this deadline was extended by the Court's October 2, 2025 order until December 9, 2025.  The Parties have conferred and are seeking an extension to that deadline until January 15, 2026, in order to provide the Parties with additional time to attempt negotiate the terms of a Consent Decree, in hopes of settling this matter before discovery begins and thereby conserving resources.

**WHEREFORE**, Plaintiff asks this Court to enter an Order lifting the stay in this case and entering a new schedule reflecting the proposed dates.

 Dated:  November 18, 2025

Respectfully submitted,

*Edumin Corrales*

Edumin Corrales
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Newark Area Office
Two Gateway Center, Suite 1703
283-299 Market Street
Newark, NJ 07102
(862) 338-9424
edumin.corrales@eeoc.gov

*Counsel for Plaintiff U.S. Equal Employment*
*Opportunity Commission*
